INTERNATIONAL WOODWORKERS OF AMERICA, AFL–CIO, CLC AND ITS LOCAL NO. 5–376, Plaintiff-Appellee,

v.

CHAMPION INTERNATIONAL CORPORATION, Defendant-Appellant.

No. 83–4616.

United States Court of Appeals, Fifth Circuit.

Sept. 18, 1985.

Fuselier, Ott & McKee, M. Curtiss McKee, Jeffrey A. Walker, Jackson, Miss., for defendant-appellant.

Youngdahl, Larrison & Agee, James E. Youngdahl, Little Rock, Ark., for plaintiff-appellee.

ON SUGGESTION FOR REHEARING EN BANC

(Opinion February 7, 1985, 5 Cir., 1985, 752 F.2d 163)

Before CLARK, Chief Judge, GEE, RUBIN, REAVLEY, POLITZ, RANDALL, TATE, JOHNSON, WILLIAMS, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, HILL, and JONES, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc without oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.